## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MICHAEL HLADIS,

    Plaintiff(s),

V.                                              CASE NO. 25-11621
                                                HON. LINDA V. PARKER

RDA WIRELESS, INC., et al.,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 9] on September 10, 2025; Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

                                              s/Linda V. Parker
                                              Linda V. Parker
                                              United States District Judge

Dated:  September 11, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 11, 2025, by electronic and/or ordinary mail.

                                              s/A. Flanigan
                                              Case Manager